# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| GYASI CLINE HEARD, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-73 |
| | * | |
| v. | * | |
| | * | |
| WARDEN D. EDGE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Gyasi Heard ("Heard") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES** Heard's 28 U.S.C. § 2241 Petition, as supplemented, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Heard *in forma pauperis* status on appeal.

**SO ORDERED**, this 24 day of September, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)